F07-3567/jbh/(03/24/2008)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as trustee of Argent Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2005-W5, Under the Pooling & Servicing Agreement Dated as of November 1, 2005, Without Recourse | Case No.: 07-2313 |
| Plaintiff | Judge: Christopher A. Boyko |
| v. | |
| Raymond Terry, et al., | **JUDGMENT** |
| Defendant | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED:**

DATE: May 14, 2008

s/Christopher A. Boyko

**JUDGE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**